**Order entered September 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00769-CV

### TIMOTHY BARTON, JMJ HOSPITALITY, L.L.C. AND JMJ HOLDINGS, L.L.C, Appellants

### V.

### RESORT DEVELOPMENT LATIN AMERICA, INC., ALIBER GARCIA AND ELIUD GARCIA, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-07-10870-F**

## ORDER

Before the Court is appellees' unopposed motion to extend time to file motion for rehearing. The motion is **GRANTED**. Appellees' motion for rehearing shall be filed no later than September 20, 2013.

/s/    JIM MOSELEY
          JUSTICE